IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL FICK,

    Plaintiff,                       No. CIV S-08-0304 GEB KJM PS

    vs.

DIXIE COHEN

    Defendant.                ORDER TO SHOW CAUSE

_____/

       This action was filed by plaintiff proceeding in propria persona. Plaintiff alleges that the action was filed in federal court because the amount in controversy exceeds the amount recoverable in small claims court. The federal court is a court of limited jurisdiction. The complaint fails to set forth an adequate basis for subject matter jurisdiction. The amount in controversy does not exceed $75,000 and it does not appear plaintiff and defendant are citizens of different states. See 28 U.S.C. § 1332.

       Accordingly, IT IS HEREBY ORDERED that plaintiff shall show cause, in writing, within fourteen days from the date of this order why this action should not be dismissed for lack of subject matter jurisdiction.

DATED: February 22, 2008.

U.S. MAGISTRATE JUDGE

006/fick.osc

1