1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10   MICHAEL FICK,

11            Plaintiff,              No. CIV S-08-0304 GEB KJM PS

12       vs.

13   DIXIE COHEN,

14            Defendant.              ORDER

15   _____/

16            This action was filed by plaintiff proceeding in propria persona.  Plaintiff alleges

17   that the action was filed in federal court because the amount in controversy exceeds the amount

18   recoverable in small claims court.  By order filed February 22, 2008, plaintiff was ordered to

19   show cause why the action should not be dismissed for lack of subject matter jurisdiction.

20   Plaintiff has filed a response, indicating that he filed this action in the wrong court due to

21   inexperience.  The court will construe plaintiff's response as a request for dismissal.

22            Plaintiff also requests a refund of the filing fee (docket no. 7).  Due to the clear

23   mistake plaintiff made in filing this action in federal court, that request will be honored.

24            Accordingly, IT IS HEREBY ORDERED that:

25            1.  This action is dismissed.

26   /////

1

1          2.  The Clerk of Court is directed to refund to plaintiff the filing fee of $350.00

2    and to serve a copy of this order on the Court's Financial Office.

3    DATED:  March 12, 2008.

4    006
     fick.dis                                        _____
5                                                    U.S. MAGISTRATE JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26